FRANK P. FRALLI, as Receiver of the Property and Business of MODESTO BERARDINI and Others, Executors and Trustees, etc., of MICHAEL BERARDINI, Deceased, and Others, Respondent, v. BANCA COMMERCIALE ITALIANA TRUST COMPANY, Appellant, Impleaded with Others.— Order directing Francesco Saroli, as president of defendant Banca Commerciale Italiana Trust Company, under examination before trial as an adverse party, to answer certain questions propounded to him upon such examination, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

ANTHONY M. PALERMO, Respondent, v. GLENSHAW GLASS Co., INC., Appellant, Impleaded with Others.— Order granting plaintiff's motion for an examination before trial of defendant, appellant, by its secretary-treasurer, Samuel B. Myer, unanimously modified by providing that defendant, appellant, at its option, may have the testimony taken by open commission at Glenshaw, Pa., at its own expense, in lieu of the examination in this State, and as so modified affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

FRANK E. BONNER, Appellant, v. NEW YORK AMERICAN, INC., and Another, Respondents.— Order denying plaintiff's motion for examination of defendants before trial unanimously modified by directing that an open commission issue as to the defendant William Randolph Hearst for his examination in California, at his own expense, and as so modified affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. MAY CHIMOULES and Another, Claimants, Appellants; LOUIS H. FINK, as Superintendent of Insurance of the State of New York, as Liquidator of the Consolidated Indemnity and Insurance Company, Respondent.— Order denying claimants' motion for leave to file their claims *nunc pro tunc* as of December 1, 1934, in the liquidation proceedings of Consolidated Indemnity and Insurance Company, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of SAUL J. BARON, as Temporary Administrator, etc., of ABRAHAM L. ERLANGER, Deceased. THE ANGLO CALIFORNIA NATIONAL BANK OF SAN FRANCISCO, Appellant; SAUL J. BARON, as Temporary Administrator, etc., of ABRAHAM L. ERLANGER, Deceased, and Others, and ADELAIDE LOUISE ERLANGER and Others, Respondents.— Appeal from parts of a decree of the Surrogate's Court, New York county, judicially settling the account of the temporary administrator, and from an order of said court denying, on reargument, the motion to surcharge the temporary administrator, and for other relief. Decree, so far as appealed from, and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

INTERNATIONAL ASSETS CORPORATION v. ABRAHAM AXELROD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.